```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 06 B 08383
   DALE L RYAN
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3505

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/14/2006 and was confirmed 09/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  54.00%.

     The case was dismissed after confirmation 04/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
NUVELL CREDIT CO LLC       UNSECURED           7432.77            .00           .00
AMERICA'S SERVICING COMP   CURRENT MORTG          .00             .00           .00
AMERICA'S SERVICING COMP   MORTGAGE ARRE       2782.48            .00         2782.48
ASC                        NOTICE ONLY      NOT FILED             .00           .00
HOMECOMINGS FINANCIAL NE   CURRENT MORTG          .00             .00           .00
HOMECOMINGS FINANCIAL NE   MORTGAGE ARRE       1981.71            .00         1981.71
HOMECOMINGS FINANCIAL      NOTICE ONLY      NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY            1924.00            .00         1920.87
IRS INSOLVENCY UNIT        NOTICE ONLY      NOT FILED             .00           .00
CALUMET CITY SCHOOL DIST   UNSECURED            169.00            .00           .00
CAPITAL ONE                UNSECURED           1233.70            .00           .00
CAPITAL ONE AUTO FINANCE   NOTICE ONLY      NOT FILED             .00           .00
MCSI                       UNSECURED            250.00            .00           .00
CONSUMER PORTFOLIO SERV    NOTICE ONLY      NOT FILED             .00           .00
B-LINE/APPLIED CARD BANK   UNSECURED            388.34            .00           .00
DAILY SOUTHTOWN            UNSECURED        NOT FILED             .00           .00
EVERGREEN EMERGENCY SERV   NOTICE ONLY      NOT FILED             .00           .00
FIRST MIDWEST BANK         UNSECURED        NOT FILED             .00           .00
ILLINOIS DEPT OF HUMAN S   UNSECURED        NOT FILED             .00           .00
ILLINOIS DEPT OF HUMAN S   UNSECURED            580.00            .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED             .00           .00
NICOR GAS                  UNSECURED           1073.13            .00           .00
PROVIDIAN                  NOTICE ONLY      NOT FILED             .00           .00
SBC - AMERITECH            NOTICE ONLY      NOT FILED             .00           .00
RIVERCREST                 UNSECURED        NOT FILED             .00           .00
STEPHEN C ANDERSON         UNSECURED             75.00            .00           .00
T-MOBILE USA               UNSECURED            612.22            .00           .00
US BANK NATIONAL ASSOCIA   NOTICE ONLY      NOT FILED             .00           .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT        354.00            .00          354.00
CODILIS & ASSOCIATES       NOTICE ONLY      NOT FILED             .00           .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY        3,000.00                        3,000.00
TOM VAUGHN                 TRUSTEE                                              667.18
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 08383 DALE L RYAN

```
DEBTOR REFUND           REFUND                                      699.12

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  11,405.36

PRIORITY                                     2,274.87
SECURED                                      4,764.19
UNSECURED                                         .00
ADMINISTRATIVE                               3,000.00
TRUSTEE COMPENSATION                           667.18
DEBTOR REFUND                                  699.12
                        ---------------    ---------------
TOTALS                   11,405.36           11,405.36
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
          CASE NO. 06 B 08383 DALE L RYAN